UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD LINTELLI GARRETT,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>GORE,<br><br>　　　　　　　　　　Respondent. | Case No.: 20-cv-1877-MMA-DEB<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

　　　　Petitioner, a prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  But he has not paid the $5.00 filing fee or moved to proceed in forma pauperis.  A Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis.  See Local Rule 3(a), 28 U.S.C. foll. § 2254.  If Petitioner wishes to proceed with this action he must submit a copy of this Order with the requisite $5.00 fee, or adequate proof he cannot pay the fee, **no later than November 30, 2020**.  *For Petitioner's convenience, the Clerk of Court shall attach to this Order a blank application to proceed in forma pauperis.*

　　　　**IT IS SO ORDERED.**

DATED:  October 5, 2020

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael M. Anello*
　　　　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge